UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. William Larry Rogers**   **Docket No. 5:12-CR-291-1D**

### Petition for Action on Supervised Release

COMES NOW Travis J. Glabman, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of William Larry Rogers, who, upon an earlier plea of guilty to Conspiracy to Make Materially False Statements, to Commit Mail Fraud and Wire Fraud, and to Obstruct Justice, in violation of 18 U.S.C. § 371, and Making False Statements in Connection With the Federal Crop Insurance, in violation of 18 U.S.C. §§ 1014 and 2, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on February 13, 2013, to the custody of the Bureau of Prisons for a term of 108 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

William Larry Rogers was released from custody on November 11, 2020, at which time the term of supervised release commenced in the Middle District of North Carolina (MDNC).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

During the term of supervised release, the defendant paid the $200 Special Assessment and complied with all other conditions imposed by the court but has thus far only been able to pay $148,503.61 towards the $8,381,378 restitution. The defendant has stated he is currently unable to comply with the court ordered obligation to make monthly restitution payments in the amount of $700 and is requesting a more affordable monthly installment plan be developed by the Eastern District of North Carolina's Financial Litigation Unit. The U.S. Probation Office for the MDNC has contacted the Eastern District of North Carolina's Financial Litigation Unit and is investigating the request to modify the payment plan. It is requested that any restitution balances in arrears be waived, and the defendant be permitted to resume making monthly payments as soon as a new payment plan is established.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant's restitution balance in arrears is waived, and he shall resume making monthly payments as soon as a new payment plan is established.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ David W. Leake<br>David W. Leake<br>Supervising U.S. Probation Officer | /s/ Travis J. Glabman<br>Travis J. Glabman<br>U.S. Probation Officer<br>414 Chestnut Street, Suite 102<br>Wilmington, NC 28401-4290<br>Phone: 910-988-3055<br>Executed On: September 19, 2022 |

William Larry Rogers
Docket No. 5:12-CR-291-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __20__ day of __September__, 2022, and ordered filed and made a part of the records in the above case.

__/s/ Dever__
James C. Dever III
U.S. District Judge